Michael D. Mortenson, State Bar No. 247758
  mmortenson@mortensontaggart.com
Craig A. Taggart, State Bar No. 239168
  ctaggart@mortensontaggart.com
Robert A. Schultz, State Bar No. 305367
  rschultz@mortensontaggart.com
MORTENSON TAGGART LLP
300 Spectrum Center Dr., Suite 1100
Irvine, CA 92618
Telephone: (949) 774-2224
Facsimile: (949) 774-2545

Attorneys for Plaintiffs
CALIFORNIA CRAFT BREWERS
ASSOCIATION; TOPA TOPA BREWING
COMPANY, LLC; GREEN CHEEK BEER
COMPANY, LLC; SECOND CHANCE
BEER COMPANY, LLC; CHAPMAN CBC,
LLC dba CHAPMAN CRAFTED BEER;
BIKE DOG BREWING COMPANY, LLC;
& 1150 HOWARD PARTNERS, LP dba
CELLARMAKER BREWING COMPANY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA CRAFT BREWERS ASSOCIATION, a California nonprofit mutual benefit corporation; TOPA TOPA BREWING COMPANY, LLC, a California limited liability company; GREEN CHEEK BEER COMPANY, LLC, a California limited liability company, SECOND CHANCE BEER COMPANY, LLC, a California limited liability company, CHAPMAN CBC, LLC, California limited liability company, dba CHAPMAN CRAFTED BEER, BIKE DOG BREWING COMPANY, LLC, a California limited liability company, and 1150 HOWARD PARTNERS, LP, a California limited partnership, dba CELLARMAKER BREWING COMPANY,<br><br>Plaintiffs, | CASE NO. 8:20-cv-02372-JVS-DFM<br><br>*Hon. James V. Selna*<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

| | |
|---|---|
| | vs.<br><br>GAVIN NEWSOM, in his official capacity as Governor of California; SANDRA SHEWRY, in her official capacity as former Director and California State Public Health Officer; TOMÁS J. ARAGÓN, in his official capacity as Director and State Public Health Officer; and DOES 1 through 10, inclusive,<br><br>Defendants. |

| | |
|---|---|
| 1 | TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF |
| 2 | RECORD: |
| 3 | Plaintiffs CALIFORNIA CRAFT BREWERS ASSOCIATION; TOPA |
| 4 | TOPA BREWING COMPANY, LLC; GREEN CHEEK BEER COMPANY, |
| 5 | LLC; SECOND CHANCE BEER COMPANY, LLC; CHAPMAN CBC, LLC |
| 6 | dba CHAPMAN CRAFTED BEER; BIKE DOG BREWING COMPANY, LLC; |
| 7 | & 1150 HOWARD PARTNERS, LP dba CELLARMAKER BREWING |
| 8 | COMPANY ("Plaintiffs") hereby voluntarily dismisses their complaint and this |
| 9 | action in its entirety without prejudice against all defendants, namely Defendants |
| 10 | GAVIN NEWSOM and TOMÁS J. ARAGÓN ("Defendants"). Defendants have |
| 11 | not yet answered or moved for summary judgment and, thus, dismissal without |
| 12 | prejudice is appropriate without court order pursuant to Federal Rule of Civil |
| 13 | Procedure 41(a)(1)(A)(i). |

DATED: March 25, 2021        MORTENSON TAGGART LLP

By: *s/Craig A. Taggart*
Michael D. Mortenson
Craig A. Taggart
Robert A. Schultz
Attorneys for Plaintiffs